IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-819-FDW-DCK

| | |
|---|---|
| JUSTIN DRISKELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SUMMIT CONTRACTING GROUP, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 13) filed by Hannah D. Stetson, concerning R. Taylor Speer on May 25, 2017. R. Taylor Speer seeks to appear as counsel *pro hac vice* for Defendant Summit Contracting Group, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 13) is **GRANTED.** R. Taylor Speer is hereby admitted *pro hac vice* to represent Defendant Summit Contracting Group, Inc.

**SO ORDERED**.

Signed: May 25, 2017

David C. Keesler
United States Magistrate Judge