**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-819-FDW-DCK**

| | | |
|---|---|---|
| **JUSTIN DRISKELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SUMMIT CONTRACTING GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend The ADR Deadline" (Document No. 20) filed August 10, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend The ADR Deadline" (Document No. 20) is **GRANTED**. The deadline to file a report on the result of mediation is extended up to and including **September 25, 2017**.

   **SO ORDERED**.

Signed: August 14, 2017

David C. Keesler
United States Magistrate Judge