# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Justin Driskell**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00819-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Summit Contracting Group, Inc.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 2, 2018 Verdict.

February 5, 2018

Frank G. Johns, Clerk
United States District Court