**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-819-FDW-DCK**

| | |
|---|---|
| **JUSTIN DRISKELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **ORDER** |
| | ) |
| **SUMMIT CONTRACTING GROUP, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Allow Additional Local Counsel To Appear For Defendant" (Document No. 90) filed July 13, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Allow Additional Local Counsel To Appear For Defendant" (Document No. 90) is **GRANTED.**

**SO ORDERED**.

Signed: July 16, 2018

David C. Keesler
United States Magistrate Judge