UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:16-CV-00819

| | |
|---|---|
| JUSTIN DRISKELL,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT CONTRACTING GROUP, INC.,<br><br>Defendant. | **ORDER** |

THIS MATTER is before the Court upon Defendant's Unopposed Motion to Supplement Record on Appeal (Doc. No. 102) and the Court, having considered the motion and the record, and noting Plaintiff's counsel's consent, the undersigned will grant the motion.

IT IS THEREFORE ORDERED that the Motion will be GRANTED. The Clerk of Court is directed to supplement the record on appeal to the Fourth Circuit with the deposition transcripts contained in Exhibit B of the Motion.

IT IS SO ORDERED.

Signed: October 23, 2018

Frank D. Whitney
Chief United States District Judge

1