# Bond Decrease Rider

ORIGINAL BOND AMOUNT $1,200,000.00     BOND NO. 106791496

To be attached and form a part of Bond No. 106791496 dated the 12th day of April, 2018, executed by Travelers Casualty and Surety Company of America as surety, on behalf of Summit Contracting Group, Inc. as current principal of record, and in favor of Justin Driskell, as Obligee, and in the amount of One Million Two Hundred Thousand and 00/100 Dollars ($1,200,000.00).

In consideration of the agreed premium charged for this bond, it is understood and agreed that Travelers Casualty and Surety Company of America hereby consents that effective from the June 4, 2019, said bond shall be amended as follows:

THE BOND PENALTY SHALL BE DECREASED:

FROM: One Million Two Hundred Thousand and 00/100 Dollars ($1,200,000.00)

TO:   Eight Hundred Thousand and 00/100 Dollars ($800,000.00)

The Decrease of said bond penalty shall be effective as of the June 4, 2019 and does hereby agree that the continuity of protection under said bond subject to changes in penalty shall not be impaired hereby, provided that the aggregate liability of the above mentioned bond shall not exceed the amount of liability assumed by it at the time the act and/or acts of default were committed and in no event shall such liability be cumulative.

Signed, sealed and dated this June 4, 2019.

Summit Contracting Group, Inc.
PRINCIPAL

BY: _____

Travelers Casualty and Surety Company of America
SURETY

BY: _____
Colette R. Chisholm, ATTORNEY-IN-FACT

ACKNOWLEDGEMENT OF PRINCIPAL

IF A CORPORATION

STATE OF FL }
COUNTY OF Duval }

On this 4th day of June 2019 before me personally appeared Michael Padgett to me known, who, being by me duly sworn, did depose and say; that he/she resides at Jax FL , that he/she is the President of Summit Contracting Group Inc , the corporation described in and which executed the within insurance instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order.

_R. Willa_
Notary Public

## ACKNOWLEDGMENT OF SURETY COMPANY

STATE OF __New York__ }

COUNTY OF __Nassau__ }

On this __June 4, 2019__, before me personally came __Colette R. Chisholm__ to me known, who, being by me duly sworn, did depose and say; that he/she resides in __New York County__, State of __New York__ that he/she is the Attorney-In-Fact of the __Travelers Casualty and Surety Company of America__ the corporation described in which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order; and the affiant did further depose and say that the Superintendent of Insurance of the State of New York, has pursuant to Section 1111 of the Insurance Law of the State of New York, issued to __Travelers Casualty and Surety Company of America__ (Surety) his/her certificate of qualification evidencing the qualification of said Company and its sufficiency under any law of the State of New York as surety and guarantor, and the propriety of accepting and approving is as such; and that such certificate has not been revoked.

_____
Notary Public

NY acknowledgement

LAURA MARIE MARINO
Notary Public-State of New York
No. 01MA6388129
Qualified in Nassau County
Commission Expires 03/04/2023

|  | **Travelers Casualty and Surety Company of America**<br>**Travelers Casualty and Surety Company**<br>**St. Paul Fire and Marine Insurance Company** |
|---|---|

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **Colette R. Chisholm of Uniondale, New York**, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this 3rd day of February, 2017.

  

State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the 3rd day of February, 2017, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.

My Commission expires the 30th day of June, 2021



Marie C. Tetreault, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this 4th day of June, 2019

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which the power is attached.*

# TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
## HARTFORD, CONNECTICUT 06183
### FINANCIAL STATEMENT AS OF DECEMBER 31, 2018
### CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH AND INVESTED CASH | $ 36,728,596 | UNEARNED PREMIUMS | $ 979,007,378 |
| BONDS | 3,507,432,239 | LOSSES | 750,995,504 |
| STOCKS | 294,199,598 | LOSS ADJUSTMENT EXPENSES | 166,673,571 |
| INVESTMENT INCOME DUE AND ACCRUED | 38,287,129 | COMMISSIONS | 45,668,584 |
| OTHER INVESTED ASSETS | 3,597,839 | TAXES, LICENSES AND FEES | 14,584,683 |
| PREMIUM BALANCES | 250,476,792 | OTHER EXPENSES | 43,858,534 |
| NET DEFERRED TAX ASSET | 48,761,239 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 10,143,037 |
| REINSURANCE RECOVERABLE | 29,278,755 | REMITTANCES AND ITEMS NOT ALLOCATED | 21,277,153 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 14,277,262 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 30,289,553 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 27,813,268 | RETROACTIVE REINSURANCE RESERVE ASSUMED | 810,360 |
| ASSUMED REINSURANCE RECEIVABLE AND PAYABLE | 628,488 | POLICYHOLDER DIVIDENDS | 10,410,755 |
| OTHER ASSETS | 4,938,229 | PROVISION FOR REINSURANCE | 7,641,358 |
| | | ADVANCE PREMIUM | 1,809,777 |
| | | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 668,002 |
| | | PAYABLE FOR SECURITIES LENDING | 14,277,262 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | 46,469,976 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 335,489 |
| | | **TOTAL LIABILITIES** | **$ 2,145,120,254** |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,670,943,418 |
| | | **TOTAL SURPLUS TO POLICYHOLDERS** | **$ 2,111,227,178** |
| **TOTAL ASSETS** | **$ 4,256,347,432** | **TOTAL LIABILITIES & SURPLUS** | **$ 4,256,347,432** |

STATE OF CONNECTICUT )
COUNTY OF HARTFORD ) SS.
CITY OF HARTFORD )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31ST DAY OF DECEMBER, 2018.

*Michael J Doody*
VICE PRESIDENT, FINANCE

SUBSCRIBED AND SWORN TO BEFORE ME THIS
28TH DAY OF MARCH, 2019

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2022*