UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:16-CV-00819

| | |
|---|---|
| JUSTIN DRISKELL,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT CONTRACTING GROUP, INC.,<br><br>Defendant. | **ORDER** |

THIS MATTER is before the Court following the opinion of the United States Court of Appeals for the Fourth Circuit affirming in part, reversing in part, vacating in part, and remanding this Court's prior order (Doc. No. 126) and the mandate from the Fourth Circuit of the same (Doc. No. 128).

The Court hereby orders Plaintiff to submit a proposed judgment, including dollar amounts, in accordance with the Fourth Circuit's opinion and mandate. (Doc. No. 126, p. 27). Plaintiff shall file the proposed judgment (and a supporting memorandum, if necessary) on the record by December 3, 2020, and Defendant shall have seven calendar days from the filing of the proposed judgment to submit any objections (and an alternative proposed judgment, if necessary) to Plaintiff's proposed document. Any briefs in support of or opposition to the proposed judgment shall be limited to 1,200 words.

IT IS SO ORDERED.

Signed: November 18, 2020

_[signature]_
Frank D. Whitney
United States District Judge