IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION 3:16-CV-00819 FDW-DCK

| | |
|---|---|
| JUSTIN DRISKELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs | ) |
| | ) |
| SUMMIT CONTRACTING GROUP, INC. | ) |
| | ) |
| Defendant. | ) |

## PROPOSED JUDGMENT

NOW COMES Plaintiff Justin Driskell, by and though counsel, and pursuant to this Court's November 18, 2020 Order (ECF 129), submits his proposed judgment, which is attached hereto.

This is the 3rd day of December, 2020.

/s/ *Nicole K. Haynes*
Joshua R. Van Kampen (NC Bar No. 32168)
Nicole Haynes (NC Bar No. 47793)
Van Kampen Law, PC
315 E. Worthington Avenue
Charlotte, NC 28203
Phone: (704) 247-3245
Fax: (704) 749-2638
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the pleading to which this certificate is attached was filed electronically with the Court's CM/ECF system, which effects electronic service upon each party to this action by email at the addresses stated below:

R. Taylor Speer, Esq.
Reginald W. Belcher, Esq.
Turner Padget, 200 East Broad Street, Suite 250
Greenville, SC 29601
Phone: (864) 552-4618
Fax: (864) 282-5993
Email: tspeer@turnerpadget.com
Email: rbelcher@turnerpadget.com
*Attorney for Defendant*

This the 3rd day of December, 2020.

/s/ *Nicole K. Haynes*
Joshua R. Van Kampen (NC Bar No. 32168)
Nicole Haynes (NC Bar No. 47793)
Van Kampen Law, PC
315 E. Worthington Avenue
Charlotte, NC 28203
Phone: (704) 247-3245
Fax: (704) 749-2638
*Attorneys for Plaintiff*