UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00819-FDW-DCK

| | |
|---|---|
| JUSTIN DRISKELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)      **JUDGMENT**<br>SUMMIT CONTRACTING GROUP, INC. )<br>)<br>Defendant. )<br>)<br>) | |

THIS MATTER comes before the Court on Plaintiff Justin Driskell's ("Plaintiff") Motion for Judgment *Nunc Pro Tunc*, filed on June 23, 2021. (Doc. No. 144). For the reasons set forth in Plaintiff's Motion, and for good cause shown, the Court GRANTS the *nunc pro tunc* motion. (Doc. No. 144).

IT IS, THEREFORE, ORDERED that judgment shall be entered in favor of the Plaintiff and against the Defendant. Plaintiff shall have judgment against the Defendant as follows:

1.) $250,000 in punitive damages on his wrongful discharge (tort) claim (reduced from the jury's award of $651,000, pursuant to N.C. Gen. Stat. § 1D-25(b));

2.) $65,000 in *untrebled* compensatory damages pursuant to his claim under the North Carolina Retaliatory Employment Discrimination Act, N.C. Gen. Stat. § 95-240 et seq., together with interest to be calculated by the Clerk at the legal rate of 8% per annum running from July 20, 2015 to entry of Judgment pursuant to N.C. Gen. Stat. § 24-5; AND

1

3.) $441,600 in attorneys' fees pursuant to N.C. Gen. Stat. § 95-243.

IT IS SO ORDERED.

Signed: June 29, 2021

Frank D. Whitney
United States District Judge