IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO: 3:16-CV-00819

| | |
|---|---|
| JUSTIN DRISKELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SUMMIT CONTRACTING GROUP, INC.,<br><br>    Defendant. | **SATISFACTION OF JUDGMENT** |

Plaintiff JUSTIN DRISKELL ("Plaintiff") notifies the Court that the judgment entered against Defendant SUMMIT CONTRACTING GROUP, INC. ("Summit") in the above-captioned matter on June 29, 2021 (ECF 145, the "Judgment") has been fully satisfied and paid by Summit and Plaintiff respectfully requests that the Court and/or Clerk record a satisfaction of the Judgment in the Court's records.

PLAINTIFF JUSTIN DRISKELL

_____ Date 10/8/21

Justin Driskell

VAN KAMPEN LAW, P.C.

_____ Date 10/8/21

By: Josh Van Kampen,
as counsel for Plaintiff